# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| MAINOR CELINE AVILEZ-CANALES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 3:22-CV-008-RLJ-JEM |
| JASON CLENDENION, | ) ) ) | |
| Respondent. | ) ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered this date, Mainor Celine Avilez-Canales' federal habeas petition is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, Petitioner is **DENIED** leave to appeal *in forma pauperis* on any subsequent appeal. *See* Fed. R. App. P. 24.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT